Order issued October 4, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00650-CV

**STARCO IMPEX, INC. D/B/A WHOLESALE OUTLET, Appellant**

**V.**

**KATALYST BEVERAGE CORPORATION, Appellee**

## ORDER

We **GRANT** appellant's October 1, 2012 second unopposed motion for an extension of time to file a brief. Appellant shall file a brief on or before October 18, 2012. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

CAROLYN WRIGHT
CHIEF JUSTICE